# Vehicle Appraisal Report

## AutoNation Chevrolet Greenacres

**VEHICLE DETAILS**

2015 Cadillac ATS Sedan Luxury RWD 4dr Sdn 2.5L Luxury RWD

**PREPARED FOR**

Color: Black Raven / N/A
Odometer: 67,503
VIN: 1G6AB5RA8F0107719

**VEHICLE PHOTOS**

 
 

**VEHICLE CONDITION**

Exterior:

Interior:

Mechanical:

General:

**APPRAISER NOTES**

Salesperson: Richie Henry
Appraiser: Richie Henry
Appraisal Date: 07/23/2020 12:30 PM
Notes: CCF, retail, Vue System (Infotainment system) 1500, Curb Rash 400 ACV 8600 Sale 12999

**APPRAISED VALUE**

## $8,600

**CUSTOMER ACKNOWLEDGEMENT**

Said vehicle does not have damage or repair to the chassis or unibody and the motor block and cylinder heads are not cracked, welded, or repaired. The present engine in the vehicle is the original installed by the vehicle's manufacturer. The vehicle was never in a flood and has no salvage or junk history. Said vehicle has not been in any accident that resulted in damages over $3000 and the emission control equipment has never been altered or removed. The airbags have never been deployed. I understand that I may be responsible for any damages you may incur in the event I have misrepresented the condition of my trade-in vehicle to you.

Date: _____   Signed (Owner) _____

---

AutoNation Chevrolet Greenacres
5757 Lake worth Rd.
Greenacres, FL, USA 33463

07/23/2020
Expiration Date: 07/26/2020 and/or 150 miles

Customer: _____   $ 8,600

### Eight Thousand Six Hundred Dollars

Voucher Good For Purchase of Vehicle
1G6AB5RA8F0107719

Signature: _____