UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE:                                                          Case No. 21-12136-MAM
Angel M Perez                                                Chapter 13

Debtor.
_____

**OBJECTION TO CONFIRMATION OF DEBTOR'S**
**FIRST AMENDED CHAPTER 13 PLAN OF REORGANIZATION**

Comes now, Ally Bank, by and through its undersigned attorney, and hereby files its objection to confirmation of Debtor's Chapter 13 plan of reorganization and states as follows:

1. Debtor filed this case on March 4, 2021 when Debtor filed a voluntary petition under Chapter 13 of the Bankruptcy Code.

2. On March 9, 2021, Secured Creditor, Ally Bank, being serviced through Ally Financial Inc., filed its Proof of Claim (Claim No. 1) which listed a secured total claim of $12,169.17, with a regular ongoing monthly payment of $403.18 per month for a 2015 Cadillac ATS VIN Number 1G6AB5RA8F0107719 (hereinafter "the Vehicle). There were no arrearages listed in the Proof of Claim (Claim No. 1).

3. On June 1, 2021, Debtor filed its first amended Chapter 13 plan, which proposed to value the Vehicle at $8,600.00, to be paid at 3.25% interest, with payments of $13.21 for months one through ten, and $183.94 for months eleven through sixty. Debtor has based the value at $8,600.00 based upon a private appraisal which has not been filed at this time.

4. The NADA valuation of the vehicle (attached hereto as "Exhibit A") is $18,450.00 for Clean Retail, or $15,150.00 for the clean trade in value. Ally's Proof of Claim

(Claim No. 1) shows the amount due as $12,169.17, which is less than both the NADA valuation for trade-in or clean retail.

     5.     Ally Bank, objects to confirmation of Debtor's Chapter 13 plan due to the fact that it fails to provide for full repayment to Ally for the subject vehicle which appears to have equity.

Wherefore, Ally Bank prays that this Honorable Court deny confirmation of Debtor's Chapter 13 plan of reorganization.

/s/Elizabeth Eckhart
Steven G. Powrozek, FL Bar 0316120
Elizabeth Eckhart, FL Bar 48958
LOGS Legal Group LLP
Attorney for Secured Creditor
4630 Woodland Corporate Boulevard
Suite 100
Tampa, FL 33614
Telephone:
Fax: (813) 880-8800
E-mail: logsecf@logs.com

### CERTIFICATE OF SERVICE

The undersigned certifies that on the 28th day of June, 2021, a copy of the foregoing was caused to be served upon the following:

**Via CM/ECF Electronic Notice**

Jose A Blanco, Jose A. Blanco, P.A.
355 W 49 ST
Hialeah, FL 33012

Robin R Weiner
POB 559007

Fort Lauderdale, FL 33355

**<u>Via First Class U.S. Mail, Postage Prepaid</u>**

Debtor
Angel M Perez a/k/a Angel Manuel Perez Smith Sr. a/k/a Angel Perez Smith Sr. a/k/a Angel Perez a/k/a Angel M Perez Sr. a/k/a Angel Manuel Perez a/k/a Angel Manuel Perez Smith a/k/a Angel Perez Smith a/k/a Angel M Perez Smith Sr. a/k/a Angel Manuel Perez Sr. a/k/a Angel Perez Sr. a/k/a Angel M Perez Smith
274 Arabian Road
Palm Springs, FL 33461-2162

I hereby certify that I am admitted to the Bar of the United States District Court of the Southern District of Florida and I am in compliance with the additional qualifications to practice in the Court as set forth in Local Rule 2090-1(A).

/s/Elizabeth Eckhart
Steven G. Powrozek, FL Bar 0316120
Elizabeth Eckhart, FL Bar 48958
LOGS Legal Group LLP
Attorney for Secured Creditor
4630 Woodland Corporate Boulevard
Suite 100
Tampa, FL 33614
Telephone:
Fax: (813) 880-8800
E-mail: logsecf@logs.com

21-325187



6/23/2021

**NADA Used Cars/Trucks**

## Vehicle Information

| | |
|---|---|
| **Vehicle:** | 2015 Cadillac ATS Sedan 4D Luxury 2.5L I4 |
| **Region:** | Southeastern |
| **Period:** | June 23, 2021 |
| **VIN:** | 1G6AB5RA8F0107719 |
| **Mileage:** | 87,500 |
| **Base MSRP:** | $37,340 |
| **Typically Equipped MSRP:** | $39,985 |



## NADA Used Cars/Trucks Values

| | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| **Monthly Trade-In** | | | | |
| Clean | $15,150 | N/A | N/A | **$15,150** |
| Clean Retail | $18,450 | N/A | N/A | **$18,450** |

## Selected Options

| | Trade-In/Loan | Retail |
|---|---|---|
| Bluetooth Connection | w/body | w/body |
| Remote Engine Starter | w/body | w/body |

NADA Used Car Guide assumes no responsibility or liability for any errors or omissions or any revisions or additions made by anyone on this report.
NADA Used Car Guide and its logo are registered trademarks of National Automobile Dealers Association, used under license by J.D. Power.
©2021 J.D.Power

Exhibit A



6/23/2021

**NADA Used Cars/Trucks**

## Vehicle Information

| | |
|---|---|
| **Vehicle:** | 2015 Cadillac ATS Sedan 4D Luxury 2.5L I4 |
| **Region:** | Southeastern |
| **Period:** | June 23, 2021 |
| **VIN:** | 1G6AB5RA8F0107719 |
| **Mileage:** | 87,500 |
| **Base MSRP:** | $37,340 |
| **Typically Equipped MSRP:** | $39,985 |



## NADA Used Cars/Trucks Values

| | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| **Monthly Trade-In** | | | | |
| Clean | $15,150 | N/A | N/A | **$15,150** |
| Clean Retail | $18,450 | N/A | N/A | **$18,450** |

## Selected Options

| | Trade-In/Loan | Retail |
|---|---|---|
| Bluetooth Connection | w/body | w/body |
| Remote Engine Starter | w/body | w/body |

NADA Used Car Guide assumes no responsibility or liability for any errors or omissions or any revisions or additions made by anyone on this report.
NADA Used Car Guide and its logo are registered trademarks of National Automobile Dealers Association, used under license by J.D. Power.
©2021 J.D.Power

Exhibit A