UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE:
Angel M. Perez                                    Case No. 21-12136-MAM
           Debtor   /                 Chapter 13

### MOTION TO VACATE ORDER GRANTING MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON PERSONAL PROPERTY WITH ALLY FINANCIAL [ECF#36]

**COMES NOW,** the Debtor, Angel M. Perez, by and through his undersigned counsel and moves this Honorable Court for an Order Vacating the Agreed Order Granting Motion To Value and Determine Secured Status of Lien on Personal Property with Ally Financial [ECF#36] and in support thereof states the following:

1. The debtor filed a Chapter 13 petition on March 4, 2021.

2. On June 1, 2021, the Debtor filed a Motion to Value and Determine Secured Status of Lien Of Ally Financial Bank on Personal Property moving to value the Debtor's Cadillac.

3. Said Motion was granted by Agreed Order Granting Motion To Value and Determine Secured Status of Lien on Personal Property Held by Ally Financial at ECF#36.

4. The Debtor prefers to pay the Creditor direct and outside the plan instead of cramming the collateral down.

5. The Debtor's last filed plan, the Fourth Amended Plan at ECF#42, calls for paying the creditor outside and direct.

**WHEREFORE,** the Debtor respectfully requests that this Motion to Vacate the Agreed Order Granting Motion To Value and Determine Secured Status of Lien on

Personal Property with Ally Financial Bank [ECF#36] be granted and any other relief the Court deems just and proper.

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent via via regular mail this 5th day of August 2021 to Robin Weiner, Chapter 13 Trustee; Debtor, Angel M. Perez; and Ally Financial Bank.

                                                     Respectfully Submitted

                                                   /s/ Jose A. Blanco, Esq.
Jose A. Blanco, P.A.
355 W 49 ST,
Hialeah, FL 33012
Tel: (305) 349-3463
FL Bar No. 062449