UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

    Angel M Perez                               Case No. 21-12136-MAM
         Debtor(s).                              Chapter 13
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Motion to Vacate the Motion to Value and Notice of Hearing was sent to all parties on the attached service list on August 5, 2021.

Electronically: Robin R. Weiner, Trustee; Steven G. Powrozek, Esq., Elizabeth Eckhart, Esq.

First Class Mail:

Debtor(s), Angel M Perez
274 Arabian Road
Palm Springs, FL 33461-2162

Ally Bank
AIS Portfolio Services, LP
c/o Anupama Singh, Claims Proc.
4515 N Santa Fe Ave.
Oklahoma, OK 73118

Ally Bank FDIC
c/o Jeffrey J. Brown, CEO
200 West Civic Centre Drive
Sandy, UT 84070

Ally Financial, Inc., f/k/a GMAC
c/o Jeffrey J. Brown, CEO
200 Renaissance Center
Detroit, MI 48265

Ally Bank Corporation, f/k/a GMAC
Corporation Services Company, R.A.
1201 Hays Street
Tallahassee, FL 32301

Ally Financial, Inc., f/k/a GMAC
c/o Jeffrey J. Brown, CEO
6985 Union Park Center, Suite 435
Midvale, UT 84047

                                   Respectfully Submitted By:

                                   */s/ Jose A. Blanco*  |  FBN#062449
                                   **JOSE A. BLANCO, P.A.**
                                   Attorney for Debtor
                                   355 West 49th Street
                                   Hialeah, FL 33012
                                   Tel. (305) 349-3463