UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

    Angel M Perez                                     Case No. 21-12136-MAM

         Debtor(s).                                 Chapter 13

_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the FIFTH Amended Plan was sent to all parties on the attached service list on August 6, 2021.

Electronically: Robin R. Weiner, Trustee

First Class Mail:

Debtor(s), Angel M Perez
274 Arabian Road
Palm Springs, FL 33461-2162

All Creditors on the Matrix

                                             Respectfully Submitted By:

                                             */s/ Jose A. Blanco*   |   FBN#062449
                                             **JOSE A. BLANCO, P.A.**
                                             Attorney for Debtor
                                             355 West 49th Street
                                             Hialeah, FL 33012
                                             Tel. (305) 349-3463